UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FARHAT,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPT. OF JUSTICE,<br><br>    Defendant. | Case No. 18-06233 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:** January 28, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\06233Farhat_judgment